```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **BOBBY D. WEST,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION 09-00602-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on February 8, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **8th** day of **February**, 2011.

                             /s/ SONJA F. BIVINS
                          **UNITED STATES MAGISTRATE JUDGE**